**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **CYRUS GEORGE LINK**, | ) | CASE NO. 1:22-CV-01175 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | AMANDA M. KNAPP |
| **COMMISSIONER OF SOCIAL SECURITY**, | ) | |
| | ) | **OPINION AND ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |
| Defendant. | ) | |

On July 1, 2022, Plaintiff Cyrus George Link filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his application for disability insurance benefits. (ECF No. 1). On June 8, 2023, Magistrate Judge Amanda M. Knapp issued a Report and Recommendation ("R&R") recommending that the Court VACATE and REMAND the Commissioner's final decision. (ECF No. 13). On June 22, 2023, Defendant filed a response stating that the defense will not be filing any objections. (ECF No. 14). Plaintiff has filed no response to the R&R.

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a R&R within fourteen (14) days after service. As previously indicated, neither party has objected to the R&R.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt a R&R without further review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, the Court **ADOPTS** Magistrate Judge Knapp's R&R, incorporates it fully herein by reference, and **VACATES and REMANDS** the Commissioner's final decision for the reasons stated in the R&R.

**IT IS SO ORDERED.**

Date: December 21, 2023

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**